## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD WILLIAM GUINN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:15-cv-00476 |
| | ) | |
| v. | ) | |
| | ) | |
| KANSAS COUNSELORS, INC., | ) | Hon. Judge Amos L. Mazzant, III |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Edward William Guinn, Jr., by and through his undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, KANSAS COUNSELORS, INC, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: October 20, 2015  By:  /s/ Christopher M. Migliaccio
                                    Attorney for Plaintiff

Christopher M. Migliaccio
Texas Attorney No. 24053059
Allen Chern Law, LLC
3600 Shire Boulevard
Suite 205
Dallas, Texas 75082
Phone: (972) 205-9750
Fax: (866) 359-7478
christopher@wmtxlaw.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that, on October 20, 2015, a copy of the foregoing Notice of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and to the below listed parties by e-mail.

/s/ Christopher M. Migliaccio
Attorney for Plaintiff

David J. Haggarty
385 Washington Street
St. Paul, MN 55102
DHAGGART@travelers.com